June 6th 2009

Maryland District Court

6500 Cherrywood Ln
Greenbelt, MD
(301) 344-0660

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 1 0 2015

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

To Whom it May Concern,

Please Seal all civil suits filed including address, names and Documents immedietely.

Best Regards,

Keyonna Ferrell